| | |
|---|---|
| 1 | ALEXANDER G. CALFO (SBN 152891) |
| 2 | acalfo@kslaw.com |
|   | **KING & SPALDING LLP** |
| 3 | 633 West 5th Street, Suite 1600 |
|   | Los Angeles, CA 90071 |
| 4 | Telephone:  +1 213 443 4355 |
|   | Facsimile:  +1 213 443 4310 |
| 5 | |
|   | *Attorneys for Defendants Toyota Motor* |
| 6 | *Sales, U.S.A., Inc. and Toyota Motor* |
|   | *North America, Inc.* |
| 7 | |
|   | **SALTZ MONGELUZZI AND BENDESKY PC** |
| 8 | Simon B. Paris (*Admitted Pro Hac Vice*) |
|   |  sparis@smbb.com |
| 9 | 120 Gibraltar Road, Suite 218 |
|   | Horsham, PA 91044 |
| 10 | Tel: 215-575-3986 |
|    | Fax: 215-754-4443 |
| 11 | |
|    | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD AND JUDITH FISHKIND, individually and on behalf of all and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., AND TOYOTA MOTOR CORPORATION <br><br> Defendants. | Case No.  2:23-cv-02279-HDV-SK <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFFS TODD FISHKIND AND JUDITH FISHKIND PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41** |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Stipulation ("Stipulation") is entered into by and among Plaintiffs, TODD FISHKIND and JUDITH FISHKIND ("Plaintiffs"), and Defendants TOYOTA MOTOR SALES, U.S.A., INC. and TOYOTA MOTOR NORTH AMERICA, INC. ("Defendants"), by and through their respective attorneys of record, and being all of the parties to this action, jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses, and fees.

Respectfully submitted this 23rd day of August, 2023.

Dated: August 23, 2023

**SALTZ MONGELUZZI AND BENDESKY PC**

By: */s/ Simon Paris*
      SIMON PARIS
Attorneys for PLAINTIFFS

Dated: August 23, 2023

**KING & SPALDING LLP**

By: */s/ Alexander G. Calfo*
      ALEXANDER G. CALFO
Attorneys for Defendants TOYOTA MOTOR SALES, U.S.A., INC. and TOYOTA MOTOR NORTH AMERICA, INC.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

By: */s/ Alex Calfo*
　　Alex Calfo