1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LINK 44

TODD AND JUDITH FISHKIND, individually and on behalf of all and others similarly situated,

Plaintiffs,

vs.

TOYOTA MOTOR SALES, U.S.A., INC., TOYOTA MOTOR NORTH AMERICA, INC., AND TOYOTA MOTOR CORPORATION

Defendants.

Case No.  2:23-cv-02279-HDV-SK

[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED BY PLAINTIFFS TODD FISHKIND AND JUDITH FISHKIND PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41

# ~~PROPOSED~~ ORDER

Based on the parties' stipulation for dismissal of Plaintiffs' action, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: _____8/24/23_____

_____

The Honorable Hernan D. Vera
United States District Court Judge

ORDER RE DISMISSAL WITH PREJUDICE